IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00486-BNB

STEPHAN DARRIS,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
LYNN ERICKSON,
YVETTE POPE,
KAREN COOPER, and
WILLIAM RICHTER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2008

GREGORY C. LANGHAM
    CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED May 12, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00486-BNB

Stephan Darris
Prisoner No. 98045
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215-1010

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/13/08

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk