IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00486-LTB-BNB

STEPHAN DARRIS,

Plaintiff,

v.

ARISTEDES W. ZAVARAS,
LYNN ERICKSON,
YVETTE POPE,
KAREN COOPER, and
WILLIAM RICHTER,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 4 2008

GREGORY C. LANGHAM
                    CLERK

_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

_____

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated June 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00486-LTB-BNB

Stephan Darris
Prisoner No. 98045
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

Aristedes W. Zavaras, Lynn Erickson,
Yvette Pope, Karen Cooper,
and William Richter - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes W. Zavaras, Lynn Erickson, Yvette Pope, Karen Cooper, and William Richter ; and to John Suthers; AMENDED COMPLAINT FILED 4/04/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/4/08  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk