IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00486-LTB-BNB

STEPHAN DARRIS,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
LYNN ERICKSON,
YVETTE POPE,
KAREN COOPER, and
WILLIAM RICHTER,

    Defendants.

___

# ORDER
___

This case is before me on the recommendation of the magistrate judge that the Motion to Dismiss Complaint (Doc. 15) and the Motion to Dismiss Complaint from Defendant Karen Cooper (Doc. 18) be granted and the complaint be dismissed in its entirety. The recommendation was issued and served on December 1, 2008. Plaintiff has filed no specific written objections to the recommendation. Plaintiff did file a "Motion to Keep Case # 08-cv-00486-LTB-BNB Open and to Submit Plaintiff to List for Pro Bono Lawyers" (Doc 24). I first note that the Motion to Submit Plaintiff to List for Pro Bono Lawyers is untimely. I also note that as set forth in the recommendation plaintiff did not respond to the motions to dismiss. It appears that plaintiff is barred from *de novo* review. Under the circumstances of this case, I conclude that plaintiff

has failed to show sufficient cause for extension of time to respond to the recommendation.

Out of an abundance of caution, however, I have reviewed the recommendation *de novo* in light of the file and record in this case. On such *de novo* review and in the alternative I conclude that the recommendation is correct.

Accordingly,

IT IS ORDERED that the Motion to Dismiss Complaint (Doc. 15) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Dismiss Complaint from Defendant Karen Cooper (Doc. 18) is GRANTED.

IT IS FURTHER ORDERED that the complaint is dismissed in its entirety.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

Dated this 30th day of December, 2008.