IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00486-LTB-BNB

STEPHAN DARRIS,

Plaintiff,

v.

ARISTEDES W. ZAVARAS,
LYNN ERICKSON,
YVETTE POPE,
KAREN COOPER, and
WILLIAM RICHTER,

Defendants.

_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion for Request of the Return of Documents** [Doc. #28, filed 1/9/09] (the "Motion"). The Motion is DENIED.

This case was dismissed on December 30, 2008 [Doc. #26]. The plaintiff requests that the court return to him all documents he filed. The court does not keep original documents that have been tendered for filing. The original documents are disposed of after they are scanned into the court's electronic filing system.

IT IS ORDERED that the Motion is DENIED.

Dated January 26, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge